**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

IN RE PESTICIDE ACTION NETWORK
NORTH AMERICA; NATURAL
RESOURCES DEFENSE COUNCIL, INC.,

No. 14-72794

PESTICIDE ACTION NETWORK NORTH
AMERICA; NATURAL RESOURCES
DEFENSE COUNCIL, INC.,
                              *Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY,
                              *Respondent*.

ORDER

Filed December 10, 2015

Before: Diarmuid F. O'Scannlain, A. Wallace Tashima,
and M. Margaret McKeown, Circuit Judges.

## COUNSEL

Patti A. Goldman (argued), Matthew Baca, and Kristen Boyles, Earthjustice, Seattle, Washington, for Petitioners.

Sam Hirsch, Acting Assistant Attorney General, and Erica Zilioli (argued), United States Department of Justice, Environmental Enforcement Section, Washington, D.C.; Mark Dyner, Office of General Counsel, United States Environmental Protection Agency, Washington, D.C., for Respondents.

## ORDER

The United States Environmental Protection Agency (EPA) is directed to take final action by December 30, 2016 on its proposed revocation rule and its final response to Pesticide Action Network North America and Natural Resources Defense Council's (collectively "PANNA") 2007 petition.

EPA shall file an interim status report with the Court no later than June 30, 2016.  In that report, EPA shall advise the Court of its efforts to comply with the deadline.  EPA shall also include a detailed explanation of extraordinary circumstances, if any exist, that make EPA's compliance with the final action deadline of December 30, 2016 impracticable to meet.  If EPA's interim status report includes such an "extraordinary circumstances" recitation, PANNA shall have 30 days to file a response thereto.

The panel shall retain jurisdiction over any further proceedings related to this petition.